MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Monique K. Kachur )
       Plaintiff, )
       ) No.
vs. )
       )
Unify Financial Credit Union )
       ) **JURY DEMANDED**
       Defendant )

## COMPLAINT

### JURISDICTION

1. The jurisdiction of this Court attains pursuant to the FCRA, 15 U.S.C. Section 1681(p), and the doctrine of supplemental jurisdiction. Venue lies in the Southern Division of the Judicial District of Nevada as Plaintiffs' claims arose from acts of the Defendant perpetrated therein.

### PRELIMINARY STATEMENT

2. The Plaintiff brings this action for damages based upon Defendant's violations of the Fair Credit Reporting Act, 15 U.S.C § 1681 *et seq.* (hereinafter referred to as "FCRA").

3. Plaintiff is a natural person and is a resident and citizen of the State of Nevada and of the United States. Plaintiff is a "consumer" as defined by § 1681a(c) of the FCRA.

4. Defendant, Unify Financial Credit Union (UFCU) is a furnisher of information as contemplated by FCRA § 1681s-2(a) & (b), who regularly and in the ordinary course of business

furnishes information to one or more consumer reporting agencies about consumer transactions or experiences with any consumer.

## FACTUAL ALLEGATIONS

5. Plaintiff's creditworthiness has been repeatedly compromised by the acts, obduracy and general indifference of Defendant.

6. Plaintiff has serially disputed Defendant's account.

7. Despite both Defendant's misreporting and Plaintiff's disputes, Defendant has failed to notate the account *as disputed* in violation of FCRA § 1681s-2(b)(1)(C), (D) and (E).

8. On August 3, 2022 Plaintiff first disputed Defendant's reporting (Exhibit 1)

9. In Exhibit 1, Plaintiff advised Defendant began inaccurately reporting Plaintiff's account as Delinquent *after* Defendant earlier confirmed full payment and closure.

10. In fact, Defendant's own October 27, 2020 "payoff confirmation" was/is provided.

11. Notwithstanding, on August 29, 2022 Defendant "verified" Plaintiff's purported Delinquency (Exhibit 2).

12. Plaintiff again disputed Defendant's reporting.

13. On October 18, 2022 Defendant again impassively "verified" its errant reporting sans any notation of dispute (Exhibit 3)

14. During early 2021 Plaintiff was contacted by a representative of Defendant.

15. Defendant advised it had erred in its payoff calculation and demanded an additional payment.

16. Notwithstanding Defendant's October 27, 2020 written "payoff confirmation," on February 10, 2021 Plaintiff paid Defendant an additional $747.65 it requested simply to kindly ameliorate the situation.

17. Plaintiff's decision to additionally pay UFCU was animated, in large part, by her earnest desire *Not* to have her credit reports adversely impacted…

///

///

18. Defendant's failure to note Plaintiff's dispute is in explicit violation of FCRA § 1681s-2(b)(1)(C), (D) and (E). Gorman v. Wolpoff & Abramson, LLP, 584 F.3d 1147, 1162-64 (9th Cir. 2009).

19. Plaintiff has no way of knowing, short of discovery, precisely how Plaintiff's dispute was conveyed to Defendant, *but is entitled to a presumption it did so.* Shulick v. Experian, 2011 WL 4346335 (E.D.Pa.), Fishback v. HSBC Retail Services Inc., 944 F.Supp.2d 1098, 1113 (D. New Mexico 2013).

20. In its indifference, Defendant ignored basic credit reporting industry standards. Cassara v. DAC Services, Inc., 276 F.3d 1210, 1225 (10th Cir. 2002).

21. In failing to correct or delete Plaintiff's tradeline, Defendant continued to report *patently inaccurate* information in violation of the FCRA. Drew v. Equifax Information Services, LLC, 690 F.3d 1100, 1108 (9th Cir. 2012).

22. In failing to appropriately revise Plaintiff's tradeline, Defendant provided *misleading* information which likewise violated the FCRA, Drew v. Equifax Information Services, LLC, 690 F.3d 1100, 1108 (9th Cir. 2012).

23. Defendant was precluded from making any report either patently wrong or "missing crucial data" or otherwise misleading. Kuns v. Ocwen Loan Servicing, LLC, 611 Fed.Appx. 398 (U.S. Ct. of Appeals, Ninth Circuit 2015).

25. Defendant violated FCRA § 1681s-2(b)(1)(E)(i) in its failure to provide additional information explicating the status of Plaintiff's account. Bush v. Roundpoint Mortg. Servicing Corp., 122 F.Supp.3d 1347, 1351 (2015).

26. Plaintiff has suffered meaningful emotional distress including, but not limited to, excessive worry, frustration, sleeplessness, anger, humiliation, embarrassment, chagrin and other mental anguish as a direct result of Defendant's conduct. McCollough v. Johnson, Rodenburg & Lauinger, LLC, 637 F.3d 939, 957 (9th Cir. 2011).

///
///
///

## STATEMENT OF CLAIM AS AGAINST DEFENDANT

27. In the entire course of its action, Defendant willfully and/or negligently violated the provisions of the FCRA in the following respects:

    a. By willfully and/or negligently failing to comport with FCRA § 1681s-2(b).

### Prayer For Relief

THEREFORE, Plaintiff prays that the court grant the following relief as against Defendant:

    a) actual damages;
    b) punitive damages;
    c) attorney's fees; and
    d) costs.

_____
MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd. #95
Las Vegas, Nevada 89102
Attorney for Plaintiff

August 3, 2022

**CERTIFIED MAIL**

Equifax Information Services LLC
P.O. Box 740241
Atlanta, GA 30374

Re:   Kachur, Monique K./Dispute

Dear Sir,

This letter is a dispute. I've attached an excerpt from my recent credit profile. I've also enclosed copies of my Driver License and Social Security Card. My attorney helped me prepare this letter to ensure you have all of the information you need to appropriately address my concerns. I've personally reviewed, approved and signed this letter.

I provide my identifying information: Spouse: Timothy D. Hanlon; Current Address:
        Vegas, NV       ; SSN:        -6735; DOB:

Please delete the noted Unify FCU account. It is the sole negative entry on my report. It was fully paid 10/26/20 as reflected in Unify's own attached 10/27/20 confirmation. Unify is actually reporting a delinquent payment history in early 2021- In other words, *After* the 10/2020 payoff. I note the underlying Unify account was an auto loan refinanced with USAA bank during 10/2020. USAA naturally satisfied Unify's note in entirety.

Thank you in advance for your anticipated courtesy.

Very truly yours,

*Monique Kachur*

Monique K. Kachur

Enclosures

EXHIBIT 1



# CREDIT REPORT

---

**MONIQUE KACHUR**

**Report Confirmation**

**2705321921**

# 1. Summary

Review this summary for a quick view of key information contained in your Equifax Credit Report.

| | |
|---|---|
| Report Date | Jul 24, 2022 |
| Credit File Status | No fraud indicator on file |
| Alert Contacts | 0 Records Found |
| Average Account Age | 6 Years, 2 Months |
| Length of Credit History | 16 Years, 9 Months |
| Accounts with Negative Information | 1 |
| Oldest Account | NAVIENT (Opened Oct 28, 2005) |
| Most Recent Account | FNB OMAHA (Opened Feb 01, 2022) |

## Credit Accounts

Your credit report includes information about activity on your credit accounts that may affect your credit score and rating.

| Account Type | Open | With Balance | Total Balance | Available | Credit Limit | Debt-to-Credit | Payment |
|---|---|---|---|---|---|---|---|
| Revolving | 16 | 2 | $1,244 | $113,199 | $114,443 | 1.0% | $39 |
| Mortgage | 1 | 1 | $317,194 | $10,556 | $327,750 | 97.0% | $1,816 |
| Installment | 3 | 3 | $26,059 | $23,918 | $49,977 | 52.0% | $679 |
| Other | | | | | | | |
| Total | 20 | 6 | $344,497 | $147,673 | $492,170 | 1.0% | $2,534 |

## Other Items

Your credit report includes your Personal Information and, if applicable, Consumer Statements, and could include other items that may affect your credit score and rating.

| | |
|---|---|
| Consumer Statements | 0 Statements Found |
| Personal Information | 16 Items Found |
| Inquiries | 28 Inquiries Found |
| Most Recent Inquiry | CREDIT KARMA, INC Jul 19, 2022 |
| Public Records | 0 Records Found |
| Collections | 0 Collections Found |

## 4.5 UNIFY FINANCIAL CREDIT UNION (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| | | | |
|---|---|---|---|
| Account Number | xxxxxx 0301 | Reported Balance | $0 |
| Account Status | NOT_MORE_THAN_TWO_PAYMENTS_PAST_DUE | Available Credit | |

### Account History

The tables below show up to 3 years of the monthly balance, available credit, scheduled payment, date of last payment, high credit, credit limit, amount past due, activity designator, and comments.

#### Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | | | | | | $46,871 | $46,312 | $45,755 | $45,197 | $731 | | |
| 2021 | | | | | | | | | | | | |
| 2022 | | | | | | | | | | | | |

#### Available Credit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | | | | | | | | | | | | |
| 2021 | | | | | | | | | | | | |
| 2022 | | | | | | | | | | | | |

#### Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | | | | | | $722 | $722 | $722 | $722 | $722 | | |
| 2021 | | | | | | | | | | | | |
| 2022 | | | | | | | | | | | | |

#### Actual Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | | | | | | $723 | $723 | $723 | $723 | | | |

EQUIFAX   MONIQUE KACHUR | Jul 24, 2022   Page 106 of 144

Summary | Revolving | Mortgage | Installment | Other | Statements | Personal Info | Inquiries | Public Records | Collections

2021

2022

## High Credit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2020 |     |     |     |     |     | $52,339 | $52,339 | $52,339 | $52,339 | $52,339 |     |     |
| 2021 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2022 |     |     |     |     |     |     |     |     |     |     |     |     |

## Credit Limit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2020 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2021 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2022 |     |     |     |     |     |     |     |     |     |     |     |     |

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2020 |     |     |     |     |     | $722 |     |     |     |     |     |     |
| 2021 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2022 |     |     |     |     |     |     |     |     |     |     |     |     |

## Activity Designator

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2020 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2021 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2022 |     |     |     |     |     |     |     |     |     |     |     |     |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2021 | ✓ | (30) | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

EQUIFAX   MONIQUE KACHUR | Jul 24, 2022   Page 107 of 144

Summary ⟩ Revolving ⟩ Mortgage ⟩ Installment ⟩ Other ⟩ Statements ⟩ Personal Info ⟩ Inquiries ⟩ Public Records ⟩ Collections

| 2019 | | | | | | | | ✓ | ✓ | ✓ | ✓ |

| ✓ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
|---|---|---|---|---|
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included In Bankruptcy | R Repossession | TN Too New to Rate | No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | $52,339 | Owner | JOINT_CONTRACTUAL_LIABILITY |
| Credit Limit | | Account Type | INSTALLMENT |
| Terms Frequency | MONTHLY | Term Duration | 8 |
| Balance | $0 | Date Opened | Aug 30, 2019 |
| Amount Past Due | | Date Reported | Mar 01, 2021 |
| Actual Payment Amount | $747 | Date of Last Payment | Feb 01, 2021 |
| Date of Last Activity | | Scheduled Payment Amount | |
| Months Reviewed | 18 | Delinquency First Reported | |
| Activity Designator | PAID_AND_CLOSED | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Auto | Date Closed | Feb 01, 2021 |
| Date of First Delinquency | Jan 01, 2021 | | |

### Comments

### Contact

UNIFY FINANCIAL CREDIT UNION
14500 AVIATION BLVD
HAWTHORNE, CA 90250
1-310-646-4384










---

DocuSign Envelope ID: 1ED3BC24-4AD9-48E0-9627-59E319914F1D



PO Box 10018 Manhattan Beach, CA 90267 | 877.254.9328  UnifyFCU.com

October 27, 2020

Monique K. Kachur

RE: Payoff Confirmation Membership # 3542041

Dear Monique K. Kachur,

This letter serves as confirmation for your 2020 Hyundai Palisade Loan # 0301 that was paid in full and closed with UNIFY Financial Credit Union as of October 26, 2020.

Thank you for contacting Unify Financial Credit Union, we look forward to assisting you again soon. If you should have any questions or concerns, please contact one of our representatives at (877) 254-9328 option 3 or at www.unifyfcu.com.

Sincerely,

Fulfillment Department
UNIFY Financial Credit Union





## Certificate Of Completion

Envelope Id: 1ED3BC244AD948E0962759E319914F1D
Subject: UNIFY Financial Credit Union
Source Envelope:
Document Pages: 1                  Signatures: 0
Certificate Pages: 1               Initials: 0
AutoNav: Enabled
EnvelopeId Stamping: Enabled
Time Zone: (UTC-08:00) Pacific Time (US & Canada)

Status: Completed

Envelope Originator:
Moniqca Nash
14500 Aviation Blvd
Hawthorne, CA 90250
Moniqca.Nash@UNIFYfcu.com
IP Address: 8.35.5.59

### Record Tracking
Status: Original                   Holder: Moniqca Nash              Location: DocuSign
    10/27/2020 8:54:11 AM              Moniqca.Nash@UNIFYfcu.com

| Signer Events | Signature | Timestamp |
|---|---|---|

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

### Carbon Copy Events                Status                          Timestamp

MONIQUE KACHUR                                                       Sent: 10/27/2020 8:56:24 AM
hanlon.mo13@gmail.com              **COPIED**                        Viewed: 10/27/2020 10:19:24 AM
Security Level: Email, Account Authentication
(None), Authentication

**Authentication Details**
ID Check:
    Transaction: 31007240872645
    Result: passed                 Question Details:
    Vendor ID: LexisNexis          passed  corporate.association.real
    Type: iAuth                    passed  livedat.subdivision.fake
    Recipient Name Provided by: Recipient   passed  person.age.real
    Information Provided for ID Check: Address,   passed  person.city.real
SSN9, SSN4, DOB                    passed  vehicle.historical.association.real
    Performed: 10/27/2020 10:19:21 AM

Electronic Record and Signature Disclosure:
    Not Offered via DocuSign

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

### Envelope Summary Events          Status                          Timestamps
Envelope Sent                      Hashed/Encrypted                 10/27/2020 8:56:24 AM
Certified Delivered                Security Checked                 10/27/2020 8:56:24 AM
Signing Complete                   Security Checked                 10/27/2020 8:56:24 AM
Completed                          Security Checked                 10/27/2020 8:56:24 AM

| Payment Events | Status | Timestamps |
|---|---|---|

# EQUIFAX

## CREDIT FILE : August 29, 2022
## Confirmation # 2228576874

Dear MONIQUE K KACHUR:

We are pleased to let you know that the results of the dispute you recently filed with Equifax are complete. Here are a few things to know about the process:

**Were changes made to my credit report and what actions were taken?**

Please see the following page(s) for more detailed information on your specific results.

If we were able to make changes to your credit report based on the information you provided, we have done so. Otherwise, we contacted the company reporting the information to Equifax for them to investigate your dispute.

In this situation:

- We request that the reporting company verify the accuracy of the information you disputed;
- We provide them with any relevant information and supporting documentation you provided us with the dispute to consider as part of the investigation; and
- We request that they send Equifax a response to your dispute and update their records and systems, as necessary.

**How do I know that all of this is happening?**

If your dispute involves a public record item, Equifax contacts a third party vendor to obtain the most recent status of the public record.

When the reporting company replies to us, they certify that they have followed Equifax's instructions and the law; considered all information and documentation provided; and updated your information, as necessary.

**What should I do if I do not agree with the results of the investigation?**

<u>You have a few options:</u>

- You may add a statement of up to 100 words (200 words for Maine residents) to your credit report. If you provide a consumer statement that contains

(Continued On Next Page)

P.O. Box 105518
Atlanta, GA 30348

# EXHIBIT 2



## What else should I know?

If there has been a change to your credit report based on your dispute, or if you add a consumer statement, you may request that Equifax send an updated report to companies who received your credit report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of California, Colorado, Maryland, New York and New Jersey residents).

Also, if you are interested, you may request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of your disputed information.

For frequently asked questions about your credit report and the dispute process, please visit Equifax at https://help.equifax.com/.

As always, we thank you for contacting Equifax and the results of your dispute are on the pages following this letter.

## How should I read my dispute results?

To better assist you with understanding the results of your dispute, please review the information below:

- If an item states "Deleted", we have removed it from your credit report and taken steps so it does not reappear.
- If an item states "Verified as Reported", the reporting company has certified it is reporting accurately.
- If an item states "Updated", we have updated one or more fields on the item based on information received from the reporting company.

Updated disputed account information only: The information you disputed has been updated.

Updated disputed account information. Additional account information was also updated: The information you disputed has been updated as well as other information on this item.

Disputed information accurate. Updated account information unrelated to the dispute: The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated.

Consumer's dispute not specific. Consumer Information verified. Account information updated: Information on your report has been updated.

### The Results Of Our Reinvestigation

#### Credit Account Information
*(For your security, the last 4 digits of account number(s) have been replaced by *.) (This section includes open and closed accounts reported by credit grantors).*

| Account History Status Code Descriptions | |
|---|---|
| 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due    J : Voluntary Surrender |
| 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due    K : Repossession |
| 3 : 90-119 Days Past Due | G : Collection Account    L : Charge Off |
| 4 : 120-149 Days Past Due | H : Foreclosure |

>>> *We have researched the credit account. Account # - \*0301 The results are:*  THIS CREDITOR IS CURRENTLY REPORTING A ZERO BALANCE FOR THIS ACCOUNT. THIS ACCOUNT IS CURRENTLY REPORTING AS CLOSED. WE VERIFIED THAT THIS ITEM BELONGS TO YOU.

*(Continued On Next Page)*
000001713-DISC

WE HAVE VERIFIED THAT THIS ITEM HAS BEEN REPORTED CORRECTLY. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *ADDITIONAL INFORMATION *ACTIVITY DESIGNATOR *HISTORICAL ACCOUNT INFORMATION. If you have additional questions about this item please contact: UNIFY FIN, PO BOX 10018, MANHATTAN BEACH, CA 90267-7518 Phone: (877) 254-9328

## UNIFY FINANCIAL CREDIT UNION    PO BOX 10018, MANHATTAN BEACH CA 90267-7518 : 8772549328

| Account Number | Date Opened | Credit Limit | Terms Duration | Terms Frequency | Months Rev'd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|
| *0301 | 08/30/2019 | | 84 Months | Monthly | 18 | Paid | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/29/2022 | $ 0 | | 02/2021 | $ 747 | | 01/2021 | | | | | | | 02/2021 |

| Status | Type of Account | | | High Credit | | | | Type of Loan | | Whose Account | | Portfolio Indicator | Portfolio Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account closed; was 30 - Installment 59 Days Past Due | | | | $ 52,339 | | | | Auto | | Joint Account | | | |

ADDITIONAL INFORMATION:
*Closed or Paid Account/Zero Balance*

*Auto*

Account History with Status Codes
02/2021
1

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 07/22 | No Data Available | | | | | | | | |
| 06/22 | No Data Available | | | | | | | | |
| 05/22 | No Data Available | | | | | | | | |
| 04/22 | No Data Available | | | | | | | | |
| 03/22 | No Data Available | | | | | | | | |
| 02/22 | No Data Available | | | | | | | | |
| 01/22 | No Data Available | | | | | | | | |
| 12/21 | No Data Available | | | | | | | | |
| 11/21 | No Data Available | | | | | | | | |

(Continued On Next Page)
00001713-DISC

2228576874-J9R-0ae010800000f1-08292022

# EQUIFAX



**CREDIT FILE : October 18, 2022**
**Confirmation # 2273514009**

Dear MONIQUE K KACHUR:

We are pleased to let you know that the results of the dispute you recently filed with Equifax are complete. Here are a few things to know about the process:

**Were changes made to my credit report and what actions were taken?**

Please see the following page(s) for more detailed information on your specific results.

If we were able to make changes to your credit report based on the information you provided, we have done so. Otherwise, we contacted the company reporting the information to Equifax for them to investigate your dispute.

In this situation:

- We request that the reporting company verify the accuracy of the information you disputed;
- We provide them with any relevant information and supporting documentation you provided us with the dispute to consider as part of the investigation; and
- We request that they send Equifax a response to your dispute and update their records and systems, as necessary.

If your dispute involves a public record item, Equifax contacts a third party vendor to obtain the most recent status of the public record.

**How do I know that all of this is happening?**

When the reporting company replies to us, they certify that they have followed Equifax's instructions and the law; considered all information and documentation provided; and updated your information, as necessary.

**What should I do if I do not agree with the results of the investigation?**

You have a few options:

- You may add a statement of up to 100 words (200 words for Maine residents) to your credit report. If you provide a consumer statement that contains

(Continued On Next Page)
00001022-DISC

Page 1 of 6

2273514009-JJF-0b20010300000ab-10182022

P.O. Box 105518
Atlanta, GA 30348

# EXHIBIT 3

## What else should I know?

If there has been a change to your credit report based on your dispute, or if you add a consumer statement, you may request that Equifax send an updated report to companies who received your credit report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of California, Colorado, Maryland, New York and New Jersey residents).

Also, if you are interested, you may request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of your disputed information.

For frequently asked questions about your credit report and the dispute process, please visit Equifax at https://help.equifax.com/.

As always, we thank you for contacting Equifax and the results of your dispute are on the pages following this letter.

## How should I read my dispute results?

To better assist you with understanding the results of your dispute, please review the information below:

- If an item states "Deleted", we have removed it from your credit report and taken steps so it does not reappear.
- If an item states "Verified as Reported", the reporting company has certified it is reporting accurately.
- If an item states "Updated", we have updated one or more fields on the item based on information received from the reporting company.

Updated disputed account information only: The information you disputed has been updated.

Updated disputed account information. Additional account information was also updated: The information you disputed has been updated as well as other information on this item.

Disputed information accurate. Updated account information unrelated to the dispute: The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated.

Consumer's dispute not specific. Consumer Information verified. Account information updated: Information on your report has been updated.

### The Results Of Our Reinvestigation

### Credit Account Information
*(For your security, the last 4 digits of account numbers have been replaced by "*")(This section includes open and closed accounts reported by credit grantors)*

| Account History Status Code Descriptions | | |
|---|---|---|
| 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender |
| 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession |
| 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off |
| 4 : 120-149 Days Past Due | H : Foreclosure | |

>>> *We have researched the credit account. Account # - *0301 The results are:* THIS CREDITOR IS CURRENTLY REPORTING A ZERO BALANCE FOR THIS ACCOUNT. THIS CREDITOR HAS VERIFIED TO OUR COMPANY THAT THE CURRENT STATUS IS BEING REPORTED

CORRECTLY. THIS CREDITOR HAS VERIFIED TO OUR COMPANY THAT THE PRIOR PAYING HISTORY IS BEING REPORTED CORRECTLY. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *ADDITIONAL INFORMATION. If you have additional questions about this item please contact: **UNIFY FIN, PO BOX 10018, MANHATTAN BEACH, CA 90267-7518 Phone: (877) 254-9328**

### UNIFY FINANCIAL CREDIT UNION    PO BOX 10018 MANHATTAN BEACH CA 902677518 : 8772549328

| Account Number: *0301 | Date Opened 08/30/2019 | High Credit $ 52,339 | Credit Limit | Terms Duration 84 Months | Terms Frequency Monthly | | | Months Revd 18 | Activity Designator Paid | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date of Last Reported Update 10/18/2022 | Balance Amount $ 0 | Amount Past Due | Date of Last Payment 02/2021 | Actual Payment Amount $ 747 | Scheduled Payment Amount | Date of 1st Delinquency 01/2021 | Date of Last Activity | Date Maj Del 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed 02/2021 |
| Status Account closed; was 30 - 59 Days Past Due | | Type of Account Installment | | Type of Loan Auto | | Whose Account Joint Account | | | Portfolio Indicator | | Portfolio Status | |

**ADDITIONAL INFORMATION:**
*Closed or Paid Account/Zero Balance*

*Auto*

Account History with Status Codes
02/2021
1

>>> *We have researched the credit account. Account # - *0300 The results are:* THIS CREDITOR IS CURRENTLY REPORTING A ZERO BALANCE FOR THIS ACCOUNT. THIS ACCOUNT IS CURRENTLY REPORTING PAID AS AGREED, WITH NO LATE PAYMENTS. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *ADDITIONAL INFORMATION *ACTIVITY DESIGNATOR. If you have additional questions about this item please contact: **UNIFY FIN, PO BOX 10018, MANHATTAN BEACH, CA 90267-7518 Phone: (877) 254-9328**

### UNIFY FINANCIAL CREDIT UNION    PO BOX 10018 MANHATTAN BEACH CA 90267-7518 : 8772549328

| Account Number *0300 | Date Opened 02/01/2018 | High Credit $ 28,749 | Credit Limit | Terms Duration 72 Months | Terms Frequency Monthly | | | Months Revd 20 | Activity Designator Paid | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date of Last Reported Update 10/03/2019 | Balance Amount $ 0 | Amount Past Due | Date of Last Payment 09/2019 | Actual Payment Amount $ 21,732 | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed 09/2019 |
| Status Pays As Agreed | | Type of Account Installment | | Type of Loan Auto | | Whose Account Individual Account | | | Portfolio Indicator | | Portfolio Status | |

**ADDITIONAL INFORMATION:**
*Closed or Paid Account/Zero Balance*

*Auto*

(Continued On Next Page)
000001022-DISC

2273514009-JJF-0b20010300000000ab-10182022